UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PATRICK COSTON                                CIVIL ACTION

VERSUS                                        NUMBER: 12-1517

N. BURL CAIN                                  SECTION: "J"(5)

**O R D E R**

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation (Rec. Doc. 18), and the failure of petitioner to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the application for federal habeas corpus relief of petitioner, Patrick Coston, is **DISMISSED with prejudice**.

New Orleans, Louisiana, this 3rd day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE
CARL J. BARBIER